

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Faithe M. Taylor*
*Direct Dial: (215)861-8515*
*Facsimile: (215)861-8618*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 29, 2011

U.S. District Court Clerk's Office
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

**FILED**
SEP 29 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Re: <u>United States v. Charles Haux, Criminal No. 11-524</u>

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on September 14, 2011.

Very truly yours,

ZANE DAVID MEMEGER
United States Attorney

FAITHE M. TAYLOR
Assistant United States Attorney