IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

          v.          :          CRIMINAL NO. 11-524

Charles Haux

**ENTRY OF APPEARANCE**

To the Clerk:

       Please enter my appearance on behalf of the defendant in
the above-named case.

_Charles Haux_
Counsel for Defendant
Also print name:

_Robert E. Web h_

_Suite 2903  2000 Market St_
_Phila., PA_
Address

_215-972-6430_
Phone Number

Date

Cr. 17 (8/80)