IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

**September 29, 2011**  IA/PTD

Date of Arrest: 9/29/2011 : ESR OPERATOR: Crystal Wardlaw

UNITED STATES OF AMERICA : AUSAs Faithe Moore Taylor and Ashley Lunkenheimer

v. :

CHARLES HAUX : Criminal No. 11-524

Robert Welsh, Esq. (Retained)

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and probable cause hearing are scheduled before

[] The Defendant stipulated to pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

**[X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.**

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

*Thomas J. Rueter* (signature)
THOMAS J. RUETER
CHIEF U.S. MAGISTRATE JUDGE

**NO- INTERPRETER NEEDED**

***TIME IN COURT: 10 MINUTES***

*(Form Revised December, 2007)*