IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL
v. :
Charles Haux : NO. 11-524

## CONDITIONS OF RELEASE ORDER

**BAIL**

Defendant is **released on bail** in the amount of: $ 25,000
- [X] **O/R**
- [ ] **cash**
- [ ] **secured by:**
  - [ ] % cash
  - [ ] property at: _____
  - [ ] Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

**PRETRIAL SERVICES**

- [X] Defendant shall report to Pretrial Services:
  - [X] **as directed** by Pretrial Services.
  - [ ] _____ times per week **in person**.
  - [ ] _____ times per week **via telephone**.
- [X] Defendant shall attend **mental health services** under the guidance and supervision of Pretrial Services.
- [X] Defendant shall submit to **random drug testing** as directed by Pretrial Services.
- [X] Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
- [ ] Defendant shall submit to **electronic monitoring** at the following address: _____

  - [ ] **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

  - [ ] Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

**PASSPORT**

- [X] Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

_X_ Travel is restricted to the **Eastern District of Pennsylvania**.
___ Travel is restricted to the _____.
___ Unless prior permission is granted by Pretrial Services.

## FIREARMS

_X_ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

_X_ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
___ Defendant must maintain present **employment**.
___ Defendant must **actively seek** gainful employment.
___ Defendant shall undergo a **mental competency evaluation**.
___ Defendant must reside:

  at: _____

  with: _____

## OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this 29th day of September, 2011.

BY THE COURT:

_____
THOMAS J. RUETER
CHIEF U.S. MAGISTRATE JUDGE

(Form Revised December, 2007)

Page 2