UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.                                          CRIMINAL NUMBERS:

| | |
|---|---|
| THEODORE BATISTA | 11-578 |
| KEVIN BISHOP | 11-527 |
| ROBERT S. BROMLEY | 10-720 |
| WILLIAM J. CORCORAN, JR | 10-721 |
| JOHN D'AGOSTINO | 09-774 |
| VINCENT JOSEPH DEMSKY | 11-577 |
| ANDY DURIS | 11-573 |
| STEPHEN ELLIS | 11-519 |
| JOHN FITZPATRICK | 11-521 |
| JEFFREY LYNN FORBES | 11-575 |
| CHARLES HAUX | 11-524 |
| RALPH JOHN HIGHLEY | 10-194 |
| MICHAEL HOMER | 11-574 |
| AMANDA JARRELL | 11-523 |
| FRANCIS KING | 11-530 |
| ROY LANGLEY | 09-776 |
| THOMAS ALFRED LEES | 11-576 |
| WILLIAM MANN | 11-520 |
| GERRY MC KENZIE | 09-773 |
| JOHN MOZZANI | 11-526 |
| MARGARET MOZZANI | 11-522 |
| MICHAEL PATTERSON | 11-582 |
| VICTOR PHILLIP | 11-583 |
| DARRYL PURFIELD | 11-572 |
| MARK REESE | 11-528 |
| MARK ROBERTSON | 11-529 |
| JOSEPH ANTHONY SALVATO | 09-777 |
| JOHN FRANCIS SHALKOWSKI | 11-581 |
| RICHARD SOMMERS | 10-719 |
| CRAIG STECKEL | 09-775 |
| DANIEL THOMAS SULLIVAN | 10-195 |
| JOHN SULLIVAN | 11-525 |
| WILLIAM BRIAN SUMMERS | 11-585 |
| JAMES SWAN | 11-580 |
| GEORGE ANTHONY TORRES, III | 11-579 |
| WILLIAM WALLACE WILSON | 11-571 |

## ORDER MODIFYING TERMS OF RELEASE

Now, this 5th day of October, 2011, upon the request of U.S. Pretrial Services, and it appearing that a condition of release was omitted from the orders permitting pretrial release of the above listed defendants in various criminal actions,

it is ORDERED that all above identified defendants shall restrict travel to the Eastern District of Pennsylvania unless prior approval is granted by the U.S. Pretrial Services office.

All other conditions are continued as previously imposed.

BY THE COURT:

THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE