IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Date Notice Mailed: October 7, 2011 |
| vs. | : |
| CHARLES HAUX | |
| | : CRIMINAL NO. 11-524 |

**NOTICE OF ARRAIGNMENT**

1. TAKE NOTICE that you have been indicted by the Grand Jury. A copy of the indictment is enclosed. A warrant for your arrest has been issued and is in the possession of the United States Marshal.

2. You are notified to appear before Magistrate Judge Jacob P. Hart for an:

   [X] ARRAIGNMENT at 10:30 a.m. on Thursday, October 20, 2011, in Courtroom No. 5A, 5th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

   [ ] INITIAL APPEARANCE on , 2011, at 1:30 p.m. in Courtroom No., 5th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3. In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at (267) 299-4400 immediately. You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

4. If you fail to appear at the ARRAIGNMENT pursuant to this notice, you will be subject to arrest by the United States Marshal.

5. Please consult with your attorney before the date fixed for arraignment. **NOTE**: If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court. **If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106, 215-928-1100. If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.**

[ ]NTERPRETER REQUIRED

This case has been assigned to
**Judge Cynthia M. Rufe**
For information communicate with
Courtroom Deputy **Erica Pratt**
Telephone No. 267-299-7499
NOTICE TO: Magistrate Judge Hart
 Defendant (via mail)
 Robert E. Welsh, Jr., Esq. (via email)
 Ashley Lunkenheimer, AUSA (via email)
 Faith Moore Taylotr, AUSA (via email)
 United States Marshal (via email)
 Pretrial Services (via email)
 Larry Bowman (via email)