# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CHARLES HAUX<br><br>_____<br>Defendant | )<br>)<br>) Case No.    CR 11-524<br>)<br>)<br>) | **FILED**<br>OCT 12 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    CHARLES HAUX,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

     DISTRIBUTION OF OXYCODONE 21:841(a)(1)

Date:    Sep 14, 2011            *[signature]* , Deputy Clerk
                                                             *Issuing officer's signature*

City and state:    PHILADELPHIA, PA            MICHAEL E. KUNZ, CLERK OF COURT
                                                             *Printed name and title*

### Return

This warrant was received on *(date)*   9-14-11  , and the person was arrested on *(date)*   9-29-11
at *(city and state)*   Lyon, PA.

Date:   9-29-11                                                  *[signature]*
                                                               *Arresting officer's signature*

                                                               *Printed name and title*