# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Charles Haux　　　　　　　　　　　　　　Docket No. 02:11:CR524

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Tim Krenitsky, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Charles Haux, who was placed under pretrial release supervision by the Honorable Thomas J. Rueter sitting in the Court at Philadelphia, on September 29, 2011 under the following conditions:

1. Report to Pretrial Services as directed
2. Seek/maintain employment
3. Substance abuse testing and treatment under the guidance of Pretrial Services
4. Surrender/do not possess passport
5. Surrender/do not possess firearms
6. Restrict travel to ED/PA unless approved in advance by Pretrial Services
7. No contact with Witnesses/Co-defendants

### Respectfully presenting petition for action of Court and for cause as follows:

1. This Officer was notified on June 12, 2013 by the United States Marshal that the defendant was being charged with assault and firearm related offenses by the Pennsylvania State Police, Avondale Station.

2. On June 13, 2013 this Officer conducted a automated criminal records search and noted that the defendant is charged in criminal docket number MJ-15305-CR-267-2013, with criminal attempt - homicide, aggravated assault, possess instrument of crime, simple assault and recklessly endangering another person. The arrest warrant was filed June 12, 2013. The is an active warrant for the defendant and a preliminary hearing will be held pursuant to the defendant's arrest.

3. On June 13, 2013 this Officer was notified by AUSA Ashley Kruidenier Lunkenheimer that the defendant was arrested by the Untied States Marshals on June 12, 2013. At this time, the defendant is in local custody.

AUSA Kruidenier Lunkenheimer is aware of this petition. Defense counsel Robert E. Welsh, Jr., was not available to be reached but a message was left with his staff regarding this issue. Both counsel will be copied on this petition.

RECEIVED IN CHAMBERS

JUN 1 3 2013

JONES J.

**PRAYING THAT THE COURT WILL ORDER** the defendant's bail be revoked and a warrant be issued for his arrest and lodged as a detainer.

ORDER OF COURT

Considered and ordered this 13th day of June, 20 13 and ordered filed and made a part of the records in the above case.

_____
The Honorable C. Darnell Jones II
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tim M. Krenitsky
U.S. Pretrial Services Officer

Place: Philadelphia
Date: June 13, 2013

2cc: Pretrial
Re: Warrant Issued