IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

                                    :

             v.                     :        Crim. No. 11-524

                                    :

CHARLES F. HAUX                     :


ORDER


AND NOW, TO WIT, this 3rd day of July, 2013, upon consideration of the

Consent Motion of Defendant Charles Haux to Continue Sentencing, it is hereby ORDERED

that the Motion is GRANTED.


By the Court:


_____

HONORABLE CYNTHIA M. RUFE

*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :

     :

        v.      :      Crim. No. 11-524

     :

CHARLES F. HAUX      :


### DEFENDANT CHARLES HAUX'S CONSENT MOTION
### TO CONTINUE SENTENCING


        Defendant, Charles Haux, hereby moves to continue his sentencing date, now set for July 15. The defendant has been freed on conditions of release since his initial appearance in this case. He was recently arrested on charges issued out of the Court of Common Pleas of Chester County arising out of a shooting incident. He is presently being held in Chester County in lieu of substantial cash bail and a detainer has been lodged against him in Chester County. Mr. Haux is charged with two counts of attempted murder, two counts of aggravated assault, etc. Thus, he will remain in custody.

        Undersigned counsel requests a continuance of the sentencing before this Court in order to arrange for the engagement of counsel in Chester County and to otherwise address and consider the implications of these new charges for the case before this Court.

        AUSA Ashley Kruidenier Lunkenheimer has authorized me to state that the government does not oppose this request.

Respectfully submitted:

/s/ _____

Robert E. Welsh, Jr.
Welsh & Recker, P.C.
2000 Market Street, Suite 2903
Philadelphia, PA  19103
(215) 972-6430
Attorney for Defendant Charles F. Haux

Date:  July 3, 2013

<u>CERTIFICATE OF SERVICE</u>

I, Robert E. Welsh, Jr., hereby certify that on this date I delivered by electronic means a true and correct copy of the foregoing Unopposed Motion for a Continuance of Trial and for a Speedy Trial Exclusion to the following counsel:

AUSA Ashley Kruidenier Lunkenheimer

United States Attorney's Office

615 Chestnut Street, Suite 1250

Philadelphia, PA  19106

/s/_____

Robert E. Welsh, Jr.

Dated: July 3, 2013