

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 11-524

v.

CHARLES F. HAUX

**FILED**
JUL 17 2013
MICHAEL E. KUNZ, Clerk
By_____ Clerk

## ORDER

AND NOW, this 17th day of July, 2013, upon consideration of Consent Motion of Defendant Charles Haux to Continue Sentencing, it in hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
C. Darnell Jones, II          J.